IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL MICHAEL BOE,<br><br>Defendant. | CR 24–1–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States of America's Unopposed Motion for Final Order of Forfeiture. (Doc. 98.) Having reviewed said Motion, the Court finds:

1.    The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2.    The Court entered a Preliminary Order of Forfeiture on December 3, 2024 that forfeited Defendant Boe's interest in the subject property. (Doc. 84.)

3.    All known interested parties were provided an opportunity to respond and publication is complete, as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(A) and (C). (Doc. 90.)

4.    On February 27, 2025, Judge Malloy denied the third-party claim made by Charlie Hoover (fka Charlie Jo Frey) to the $5,191.00 in currency but

1

granted her claim to the following three firearms:  Ruger PC Charger 9mm

Handgun, Serial Number: 913-44639; Aero Precision Model M5 Multicaliber

Rifle, Serial Number:  US218661; and Springfield Saint AR-15 Multi-Caliber rifle,

Serial Number: ST356108. (Doc. 93.)

    5.    It appears there is cause to issue a forfeiture order under 18 U.S.C.

§ 924(d), and Fed. R. Crim. P. 32.2(c)(2).

    Accordingly, IT IS ORDERED that:

    1.    The United States' Motion for Final Order of Forfeiture is

GRANTED.

    2.    Judgment of forfeiture shall enter in favor of the United States to the

following property, pursuant to 18 U.S.C. § 924(d), free from the claims of any

other party, consistent with the Final Order of Forfeiture granted by Judge Malloy

on February 27, 2025 (Doc. 93):

- $5,191.00 in U.S. currency

- Kimber Eclipse Custom II .45 Caliber Handgun, Serial Number:
  K122464

- Walther Arms PPQ 9mm Handgun, Serial Number: FDD0821

- Beretta 92F 9mm Handgun, Serial Number: D84711Z

- Colt M1991A1 .45 Caliber Handgun, Serial Number: 2736259

- Springfield XDM 10mm Handgun, Serial Number: AT223981

- Smith & Wesson M&P M2.0 .45 Caliber Handgun, Serial Number: NCV0695

- Glock Model 20 Gen 4 and detached Glock 10mm Slide, Serial Number: BNNT914

- Keystone Sporting Arms Crickett .22 Caliber Rifle, Serial Number: 237872

- Winchester Model 70 Ultimate Shadow .264 WIN Rifle, Serial Number: 35CZY08492

- Century Arms VSKA 7.62x39 Caliber Rifle, Serial Number: SV7042400

- Romarm/Cugir Draco-C 7.62x39mm Rifle, Serial Number: 1968BI3714

- Winchester Repeating Arms 670 30-06 caliber Rifle, Serial Number: 102584

- Din Works AR-15 .223 Caliber Rifle, Serial Number: None

- Ruger AR-556 5.56 Caliber Rifle, Serial Number: 850-11741

- Ruger 10/22 Carbine .22 Caliber Rifle, Serial Number: 129-96032

- Keystone Sporting Arms Model Cricket .22 Caliber Rifle, Serial Number: 305219

- Rock Island Model VR80 12 Gauge Shotgun, Serial Number: R156332

- Black Rain Ordnance AR-15 .223/5.56 Caliber Rifle, Serial Number: SM018037

- Unknown Make and Model AR-15 5.56 Caliber Rifle, Serial Number: None

- Ruger 556 AR-15 5.56 Caliber Rifle, Serial Number: None

- Black Unknown make and model 556 caliber rifle, Serial Number: 13629

- Unknown make and model 5.56 cal rifle, Serial Number: None

- SI Defense Model SI-CA Multicaliber Rifle, Serial Number: SI-CA0000117

- Zastava Arms Model PAP M90 PS 5.56 Caliber Rifle, Serial Number: Z90-000922

- Panzer Arms BP-12 Model 12 Gauge Shotgun, Serial Number: GS-21-10353

- Colt Model Anaconda .44 Caliber Revolver, Serial Number:  MM62078

- Ruger Archangel .22 Caliber Rifle, Serial Number: 249-89761

- Smith and Wesson 500 magnum revolver, Serial Number: DNF1366

- Amberg 1917 Bolt Action Rifle, Serial Number: 2955

- Glock 20 10mm Handgun, Serial Number: XNR302

- FIE Model SB29 20 Gauge Shotgun, Serial Number: 392075

- Marlin Model 1895S 45/70 Cal Rifle, Serial Number: 18077269

- Fab. Nat. D'Armes .30 Caliber Rifle, Serial Number: 17215

- Norinco SKS Archangel 7.62x39 Caliber Rifle, Serial Number: 24009106K

- Ruger Model P89DC 9mm Pistol, Serial Number: 315-76766

- Glock/Guncrafter Industries Model 50G1 Pistol, Serial Number: Mhh121

- Colt AR-15A3 .223 Caliber Rifle, Serial Number: LBD39384

- Glock 19 19mm handgun, Serial Number: BGFM776

- Ruger 57 5.57x28 Caliber Pistol, Serial Number: 641-80496

- Kimber Ultra CDPII .45 ACP handgun, Serial Number: KU96974

- Mossberg Model 590 12 gauge shotgun, Serial Number: V0623608

- Assorted accessories

- Assorted ammunition

The United States shall have full and legal title to this forfeited property and may dispose of it in accordance with law.

3.    Charlie Hoover's claim to the following three firearms is GRANTED, consistent with the Final Order of Forfeiture granted by Judge Molloy on February 27, 2025 (Doc. 93):

- Ruger PC Charger 9mm Handgun, Serial Number: 913-44639;

- Aero Precision Model M5 Multicaliber Rifle, Serial Number: US218661; and

- Springfield Saint AR-15 Multi-Caliber rifle, Serial Number: ST356108.

The United States is directed to return these three firearms to Charlie Hoover when no longer needed as evidence and in accordance with governing law.

DATED this 13th day of March, 2025.

Dana L. Christensen, District Judge
United States District Court